IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAGALE BROWN ROSTICK,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 23-CV-1179 |
| | : | |
| **VERIZON NEW YORK** | : | |
| **CORPORATE HQ,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 10th day of April, 2023, upon consideration of Plaintiff Lagale Brown Rostick's Motions to Proceed *In Forma Pauperis* (ECF Nos. 1, 3), and *pro se* Complaint (ECF No. 4) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** as frivolous for the reasons stated in the Court's Memorandum.

4. The Motion to Correct Papers (ECF No. 2) is **DENIED AS MOOT**.

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/ *John Milton Younge*
**JOHN M. YOUNGE, J.**